IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) ) | No. 08 CV 3481<br>Judge Manning<br>Magistrate Judge Denlow |
| v. ) ) | |
| CARLSON SOFTWARE, INC., ) ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL
OF COUNTS II AND III ONLY WITHOUT PREJUDICE**

Plaintiff, CE DESIGN LTD., hereby files a voluntary dismissal without prejudice as to Counts II and III only of the Class Action Complaint against Defendant, CARLSON SOFTWARE, INC., as allowed under Federal Rules of Civil Procedure 41(a)(1).

                        Respectfully submitted,

                        CE DESIGN LTD., individually and as the representative of a class of similarly-situated persons

                  By:    s/Brian J. Wanca
                          One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone: 847/368-1500 | Telephone:  312/658-5500 |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 23, 2008, I electronically filed this Notice of Voluntary Dismissal of Counts II and III Only with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                        s/Brian J. Wanca
                        Brian J. Wanca
                        Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |

2