IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, <br><br>   Plaintiff, <br><br>   v. <br><br> CARLSON SOFTWARE, INC., <br><br>   Defendant. | ) <br> ) <br> ) <br> ) No. 08 CV 3481 <br> ) Judge Manning <br> ) Magistrate Judge Denlow <br> ) <br> ) <br> ) <br> ) <br> ) |

**AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, CE DESIGN LTD., pursuant to Fed. R. Civ. P. 41(a), and moves to voluntarily dismiss its claims and this action with prejudice, and in support thereof, alleges and states as follows:

1. Plaintiff filed a putative Class Action Complaint against Defendant alleging violations of the Telephone Consumer Protection Act.

2. Defendant removed this case to Federal Court.

3. Plaintiff has not moved for class certification before this Court.  More important, the Court has not certified a class.  Fed. R. Civ. P. 23(e).

4. Plaintiff wishes to dismiss this case with prejudice.

5. Defendant has no objection to this motion.

WHEREFORE, Plaintiff prays that this Court dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

s/Brian J. Wanca
One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2008, I electronically filed this Agreed Motion for Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      s/Brian J. Wanca
      Brian J. Wanca
      Attorney for Plaintiff

Brian J. Wanca  
ANDERSON + WANCA  
3701 Algonquin Road, Suite 760  
Rolling Meadows, IL  60008  
Telephone:  847/368-1500  

Phillip A. Bock  
BOCK & HATCH, LLC  
134 N. LaSalle Street, Suite 1000  
Chicago, IL  60602  
Telephone:  312/658-5500