## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) No. 08 CV 3481 ) Judge Manning ) Magistrate Judge Denlow |
| v. | ) ) |
| CARLSON SOFTWARE, INC., | ) ) |
| Defendant. | ) |

### NOTICE OF MOTION

To:  William A. Hoskins                         Marty J. Schwartz
     Jackson Kelly PLLC                         Marty J. Schwartz & Associates
     175 E. Main Street, Suite 500              222 N. LaSalle Street, Suite 1960
     Lexington, KY  40507                       Chicago, IL  60601

On August 7, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or any Judge sitting in her stead, in Courtroom 2125 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's *Agreed Motion for Voluntary Dismissal with Prejudice,* a copy of which is attached hereto and hereby served upon you.

                                                s/ Brian J. Wanca
                                                One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                s/Brian J. Wanca


Brian J. Wanca                                  Phillip A. Bock
ANDERSON + WANCA                                BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760                  134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008                      Chicago, IL 60602
Telephone:  847/368-1500                        Telephone 312/658-5500