# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

CE Design Ltd.

                                Plaintiff,

v.                                          Case No.: 1:08–cv–03481
                                            Honorable Blanche M. Manning

Carlson Software, Inc.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

        MINUTE entry before the Honorable Blanche M. Manning: Plaintiff's agreed motion for voluntary dismissal with prejudice pursuant to FRCP 41(a) [12] is granted. Status hearing set to 8/7/2008 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.